IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ANGELIQUE BRANCH and**                                                                             **PLAINTIFFS**
**SHAMBERISHA HERNDON**

**V.**                                                                                    **NO. 4:18-CV-250-DMB-RP**

**CARROLL COUNTY, MISSISSIPPI;**
**SHERIFF CLINT WALKER, in his**
**official capacity; and DEPUTY**
**OFFICER ROSHAUN DANIELS, in**
**his individual and official capacity**                                     **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the order entered this day, summary judgment is granted in favor of the defendants on the plaintiffs' federal claims. The plaintiffs' state law claims are dismissed without prejudice.

**SO ORDERED**, this 22nd day of September, 2020.

                                                          /s/Debra M. Brown
                                                          **UNITED STATES DISTRICT JUDGE**